UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOMBARA | : | CASE NO. 3:10 CV 00090 (PCD) |
| Plaintiff | : | |
| v. | : | |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | : | |
| Defendant. | : | May    2010 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
EDWARD BOMBARA

By_____
Daniel Blinn, Esq,
Consumer Law Group, LLC
35 Cold Spring Road #512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 860-571-7457

THE DEFENDANT
CREDITORS INTERCHANGE
RECEIVABLE MANAGEMENT, LLC

By_____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489